**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Government, | : | 26 CR. 207 (RMB) |
| - against - | : | **ORDER** |
| RAEKWON KING, Defendant. | : | |

The plea hearing scheduled for Tuesday, October 13, 2026 at 10:00 A.M. will take place in Courtroom 17B.

Dated: October 7, 2026
New York, NY

RMB

RICHARD M. BERMAN
U.S.D.J.